1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JASWANT SINGH,

11          Petitioner,                    No. CIV S-07-0380 FCD DAD P

12      vs.

13   SECRETARY OF U.S. DEPARTMENT
     OF HOMELAND SECURITY, et al.,

14

15          Respondents.                   ORDER
     _____/

16          Petitioner, an individual detained by the Department of Homeland Security's

17   Immigration and Customs Enforcement, has filed an application for a writ of habeas corpus

18   pursuant to 28 U.S.C. § 2241.  Petitioner is proceeding through counsel and has paid the filing

19   fee.

20          Since petitioner may be entitled to the requested relief if the claimed violation of

21   constitutional rights is proved, respondents will be directed to file a response to petitioner's

22   application.

23          Good cause appearing, IT IS HEREBY ORDERED that:

24          1.  The Clerk of the Court shall serve a copy of this order together with a copy of

25   petitioner's application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241 on Audrey

26   Hemesath, Assistant U.S. Attorney for the Eastern District of California;

1

1       2.  Respondents shall file a response to petitioner's application within thirty days

2 from the date of this order;

3       3.  If the response to the habeas petition is a motion, the motion shall be noticed

4 and briefed in accordance with Local Rule 78-230(b), (c) and (d);

5       4.  If the response to the habeas petition is an answer, petitioner's reply to the

6 answer shall be filed within thirty days after the answer is served; and

7       5.  All motions shall be noticed for hearing before the undersigned on a regularly

8 scheduled law and motion calendar.  Parties may appear at the hearing telephonically; to arrange

9 telephonic appearance, a party shall contact Pete Buzo, the courtroom deputy of the undersigned

10 magistrate judge, at (916) 930-4128 no later than three days prior to the hearing

11 DATED: March 12, 2007.

12

13                           Dale A. Drozd

14                 DALE A. DROZD

                UNITED STATES MAGISTRATE JUDGE

15 DAD:9

16 sing0380.100.2241

17

18

19

20

21

22

23

24

25

26