IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWANT SINGH,

        Petitioner,                     No. CIV S-07-0380 FCD DAD P

    vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

        Respondents.             ORDER
_____/

       Petitioner's counsel has filed two motions to withdraw as attorney of record. Under Local Rule 83-182(g):

> An attorney who has appeared in an action may substitute another attorney and thereby withdraw from the action by submitting a substitution of attorneys that shall set forth the full name and address of the new individual attorney and shall be signed by the withdrawing attorney, the new attorney, and the client.

       The pending motions filed by counsel do not include petitioner's signature, and therefore, they are not in compliance with Local Rule 83-182. Accordingly, IT IS HEREBY

/////

/////

/////

/////

1

1  ORDERED that counsel's September 28, 2007 and October 24, 2007 motions to withdraw are
2  denied without prejudice.
3  DATED: December 5, 2007.

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

7  DAD:9
   sing0380.sub

2