IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JASWANT SINGH,

    Petitioner,               No. CIV S-07-0380 FCD DAD P

    vs.

SECRETARY OF U.S. DEPARTMENT
OF HOMELAND SECURITY, et al.,

    Respondents.          ORDER
_____/

    Petitioner has filed an unnecessary request to substitute Teresa Salazar-Cosmos as his attorney of record in lieu of Martin Resendez Guajardo. Petitioner is advised that Ms. Salazar-Cosmos is currently attorney of record. The previous requests to substitute Mr. Guajardo for Ms. Salazar-Cosmos were denied without prejudice because they did not include petitioner's signature, and therefore, were not in compliance with Local Rule 83-182.

    Accordingly, IT IS HEREBY ORDERED that petitioner's April 16, 2008 request for substitution of attorney is denied as unnecessary.

DATED: April 18, 2008.

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

DAD:9
sing0380.sub(2)